STATE OF NEW JERSEY v. PAUL CITO.

April 13, 1987.

Petition for certification denied.   (See 213 *N.J.Super.* 296)

STATE OF NEW JERSEY v. BENJAMIN LODATO.

April 15, 1987.

The jury in this capital cause having determined that the aggravating and mitigating circumstances surrounding defendant's conviction were in equipoise, and defendant having made application for relief from his sentence, and the State having agreed that in the light of *State v. Biegenwald,* 106 *N.J.* 13 (1987), relief is appropriate, and good cause appearing;

It is ORDERED that the motion to vacate the imposition of the death penalty in this matter is granted;  and it is further

ORDERED that this matter is hereby remanded to the Superior Court, Law Division, for resentencing;  and it is further

ORDERED that defendant's appeal of his conviction is hereby remanded to the Superior Court, Appellate Division, for consideration and disposition of the issues arising out of the guilt phase of the proceedings.  *See State v. Biegenwald,* 106 *N.J.* 13 (1987).

Jurisdiction is not retained.